No. 94–5618. FLOYD v. IDAHO. Ct. App. Idaho. Certiorari denied.

No. 94–5626. JOHNSON v. DUTTON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–5627. HEAD v. NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–5636. BRAXTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5637. ABAD v. ZAVARAS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–5641. THOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5644. MCINTOSH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5655. WELLS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–5656. BANKS v. CALIFORNIA DEPARTMENT OF MOTOR VEHICLES ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5660. JAMES v. WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5661. GREENLAW v. SMITH. Sup. Ct. Wash. Certiorari denied.

No. 94–5662. HEAD v. HARRIS ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–5664. WATSON v. STINE. C. A. 6th Cir. Certiorari denied.

No. 94–5668. DAVIS v. ODA. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 94–5671. FORSYTH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.